UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                              Case No.: 8:18-cr-212-T-33CPT

RIAD M. SLEIT
_____/

**ORDER**

This cause is before the Court pursuant to the status conference held before the Undersigned on January 4, 2019. At that hearing, in open court, counsel for both Defendant and for the Government agreed that this case should be returned to the United States District Court for the District of Columbia, where the case was initiated. The Court accordingly directs the Clerk to so transfer the case.

Accordingly, it is

**ORDERED, ADJUGED**, and **DECREED:**

The Clerk is directed to transfer this case to the United States District Court for the District of Columbia. Thereafter, the Clerk shall close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 4th day of January, 2019.

1

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE